UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10791-GAO

PATRICIA COSGROVE, )
          Plaintiff, )
           )
v. )
           )
NEW SEABURY RESOURCES )
MANAGEMENT, INC., )
          Defendant. )

**NOTICE OF APPEARANCE**

Please enter the appearance of Rebecca Pontikes as counsel for Plaintiff in the above referenced matter. Shannon Liss-Riordan will also continue to represent the Plaintiff in this case.

Respectfully submitted,

PATRICIA COSGROVE,
By her attorneys,

Shannon Liss-Riordan, BBO #640716
Rebecca Pontikes, BBO #637157
PYLE, ROME, LICHTEN, EHRENBERG
    & LISS-RIORDAN, P.C.
18 Tremont Street, 5th Floor
Boston, MA 02108
(617) 367-7200

Dated: May 23, 2005