UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10791-GAO

|  |  |
|---|---|
| PATRICIA COSGROVE,<br>                  Plaintiff,<br><br>v.<br><br>NEW SEABURY RESOURCES<br>MANAGEMENT, INC.,<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**WAIVER OF SERVICE OF SUMMONS**

To: Amy Carlin and Shannon Liss-Riordan

I acknowledge receipt of your request that I waive service of a summons in the action of Cosgrove vs. New Seabury Resources Management, Inc., which is case number 05-CV-10791-GAO in the United States District Court for the District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 26, 2005.

/s/ Howard Wilgoren
Howard Wilgoren, BBO# 527840
179 Union Avenue
Framingham, MA 02210
(508) 626-8600

Dated: May 18, 2005

# UNITED STATES DISTRICT COURT

District of _____

Patricia Cosgrove

V.

New Seabury Resources Management, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 CV 10791 GAO**

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Amy Carlin & Shannon Liss-Riordan
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                            April 20, 2005

CLERK                                        DATE

(By) DEPUTY CLERK