UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA COSGROVE,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NEW SEABURY RESOURCES<br>　　MANAGEMENT, INC.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No.<br>)　1:05-cv-10791-GAO<br>)<br>)<br>) |

UNOPPOSED MOTION TO ADMIT HILLARY SCHWAB
FOR ADMISSION *PRO HAC VICE*

NOW comes the undersigned, a member of the bar of this Court and, pursuant to Local Rule 83.5.3(B) of the United States District Court for the District of Massachusetts, respectfully moves this Court to admit Hillary Schwab, Esq. of the firm Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. *pro hac vice* counsel for the plaintiff Patricia Cosgrove in the above-captioned matter.

In support of this motion, the undersigned states:

　　　1.　　I am a member in good standing of the bar of this Court, and I have filed an appearance in the above-captioned matter.

　　　2.　　I move for the admission *pro hac vice* of Ms. Schwab to appear before this Court as co-counsel of record, and to participate in all proceedings.

　　　3.　　As evidenced by her attached Certificate, Ms. Schwab is a member in good standing of the Bars of the State of New York and the State of Wisconsin and in every other jurisdiction in which she has been admitted to practice; there are no disciplinary proceedings

pending against Ms. Schwab as a member of the bar in any jurisdiction; and Ms. Schwab is familiar with the local rules of this Court.

   4. Ms. Schwab has conferred with Howard Wilgoren, Esq., the attorney for Defendant New Seabury Resources Management, Inc., and he does not oppose this motion.

   WHEREFORE, undersigned counsel respectfully requests that this Court grant leave for Hillary Schwab to appear before the Court in this matter *pro hac vice*.

Respectfully submitted,

PATRICIA COSGROVE,
By her attorneys,

_s/Shannon Liss-Riordan_
Shannon Liss-Riordan, BBO #640716
PYLE, ROME, LICHTEN, EHRENBERG
 & LISS-RIORDAN, P.C.
18 Tremont Street, 5th Floor
Boston, MA 02108
Dated: October 31, 2005  (617) 367-7200

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Application for Admission *Pro Hac Vice* was served by first-class mail, postage prepaid, this 31st day of October, 2005, on counsel for defendant as follows:

Howard I. Wilgoren  
Counsel for Defendant  
6 Beacon Street, Suite 700  
Boston, MA 02108

          __s/Shannon Liss-Riordan_____  
          Shannon Liss-Riordan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA COSGROVE, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NEW SEABURY RESOURCES ) | Civil Action No. |
| MANAGEMENT, INC., ) | 1:05-cv-10791-GAO |
| ) | |
| Defendant. ) | |

CERTIFICATE OF HILLARY SCHWAB

I, Hillary Schwab, an attorney licensed to practice in the State of New York and the State of Wisonscin, hereby certify as follows:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, to wit, the Bar of the State of New York, the Bar of the State of Wisconsin, and of the following federal courts: the United States Courts of Appeals for the Third, Fifth, Seventh, and Eleventh Circuits; and the United States District Courts for the Southern District of New York, the Eastern District of Wisconsin, and the Western District of Wisconsin.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

5

Executed at Boston, Massachusetts, this 1st day of October, 2005.


                                                ___s/Hillary Schwab_____
                                                      Hillary Schwab