UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *****
PATRICIA COSGROVE                *
                                 *
         Plaintiff               *
                                 *
v.                               *    CIVIL ACTION NO. 05-10791- GAO
                                 *
NEW SEABURY RESOURCES            *
MANAGEMENT, INC.,                *
                                 *
         Defendant.              *
                                 *
* * * * * * * * * * * * * * * * * * * * * * * * *****
```

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D) (3) OF DEFENDANT NEW SEABURY RESOURCES MANAGEMENT, INC.

Pursuant to Local Rule 16.1(D) (3) New Seabury Resources Management, Inc., and its counsel affirm that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

New Seabury Resources
Management, Inc

By:  /Stephen Brennan
STEPHEN BRENNAN
Title: General Manager

DATED: October 31, 2005

Respectfully submitted,
New Seabury Resources
Management, Inc.,
By its attorney,

s/ Howard I. Wilgoren
HOWARD I. WILGOREN.
6 Beacon Street Suite 700
Boston, MA 02108
(617) 523 - 5233
BBO No.  527840

CERTIFICATE OF SERVICE

      I, hereby certify that on this   day of October 2005, I caused a copy of the foregoing document was served on the Plaintiff by mailing a copy of same by first class mail, to her Attorney, Hillary Schwab, Esquire, Pyle Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, 5th Floor, Boston, MA 02108

                                              s/ Howard I. Wilgoren
                                              Howard I. Wilgoren