UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
PATRICIA COSGROVE,                    )
                Plaintiff,            )
                                      )
        v.                          )
                                      )
NEW SEABURY RESOURCES                 )   **Civil Action No.**
     MANAGEMENT, INC.,               )   **1:05-cv-10791-GAO**
                                      )
                Defendant.            )
_____)

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE**
**WITH LOCAL RULE 16.1(D)(3)**

Plaintiff and her attorneys hereby affirm that we have conferred in accordance with Local Rule 16.1(D)(3) and discussed the potential costs of conducting this litigation and alternative means of dispute resolution.

| | |
|---|---|
| ____s/Patricia Cosgrove_____ | ___s/Shannon Liss-Riordan_____ |
| Patricia Cosgrove | Shannon Liss-Riordan, BBO #640716 |
| | Hillary Schwab |
| | Pyle, Rome, Lichten, Ehrenberg & |
| |     Liss-Riordan P.C. |
| | 18 Tremont Street, 5th Floor |
| | Boston, MA 02108 |
| | (617) 367-7200 |
| | |
| Date: November 2, 2005 | Date: November 2, 2005 |