UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
PATRICIA COSGROVE,                  )
                  Plaintiff,        )
                                    )
            v.                      )
                                    )
NEW SEABURY RESOURCES               )    **Civil Action No.**
      MANAGEMENT, INC.,             )    **1:05-cv-10791-GAO**
                                    )
                  Defendant.        )
_____)

## PLAINTIFF'S LOCAL RULE 26.1(B)(1) SWORN STATEMENT

Plaintiff Patricia Cosgrove submits this sworn statement pursuant to Local Rule 26.1(B)(1). Plaintiff attests that the following information is true and accurate to the best of her present information, knowledge, and/or belief, and reserves the right to amend and/or supplement the information provided here as discovery proceeds.

(a)   ITEMIZATION OF ECONOMIC LOSS

The following calculations represent Plaintiff's current estimate of her damages. Plaintiff reserves the right to amend or alter these calculations as additional facts are adduced through discovery and as additional back pay and attorneys' fees accrue.

| | |
|---|---|
| Back pay[1] (2003-2005) | Est. $30,000 |
| Front pay (2005-2007) | Est. $50,000 |
| Health care costs (past and future) | Est. $25,000 |

---

[1] Back pay and front pay figures are calculated as the difference between plaintiff's wages as a Sales Manager at New Seabury Resources Management, Inc. and her wages at subsequent jobs.

| | |
|---|---|
| Emotional Distress | $100,000 |
| Punitive damages | $200,000 |
| **Total** (excluding attorneys' fees) | **$405,000** |

    (b)    <u>**INDIVIDUALS WHO ARE LIKELY TO HAVE DISCOVERABLE INFORMATION**</u>

The following individuals currently work or have in the past worked at New Seabury Resources Management, Inc. and may have information regarding Plaintiff's work in the office, treatment that men and women, and specifically pregnant women, have received in the office, and promotional decisions:

Stephen Brennan
Aaron Brochu
Amy Buckley
Roy Chase
Tanya Copestick
Allison Counsil
Kathy Griffin
Jane Henry
Wayne Kapral
Kathy Laverdiere
Michelle O'Brien
Lee O'Shea
Jennifer Perry
Rhonda (Hewitt) Rodgers
Lauralee Taddeo

    (c)    <u>**REPRESENTATIVES OF DEFENDANT FROM WHOM PLAINTIFF HAS OBTAINED STATEMENTS REGARDING SUBJECT MATTER OF THE CLAIM**</u>

None

    (d)    <u>**GOVERNMENTAL AGENCIES OR OFFICIALS KNOWN TO HAVE INVESTIGATED THE OCCURRENCE**</u>

None

The above is true and correct to the best of Plaintiff's knowledge.  Signed and sworn to under the pains and penalties of perjury this  8th   day of November, 2005.


 s/Patricia Cosgrove_____
Plaintiff Patricia Cosgrove