UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
PATRICIA COSGROVE,                          )
              Plaintiff,                    )
                                            )
       v.                                   )
                                            )
NEW SEABURY RESOURCES                       )    Civil Action No.
       MANAGEMENT, INC.,                    )    1:05-cv-10791-GAO
                                            )
              Defendant.                    )
_____         )

**PLAINTIFF'S ASSENTED-TO MOTION
TO RESCHEDULE PRETRIAL CONFERENCE**

Plaintiff requests that the pretrial conference in this matter, currently scheduled for Tuesday, November 21, 2006, at 2:00 p.m., be rescheduled because Plaintiff has a hearing set for that date that cannot be reset. Plaintiff's counsel has spoken with Defendant's counsel, who assents to this motion, and counsel for both parties are available on Monday, November 20, 2006, for the pretrial conference. Accordingly, Plaintiff requests that the conference be rescheduled for that date.

                                  Respectfully submitted,

                                  PATRICIA COSGROVE,
                                  By her attorneys,


                                   s/ Shannon Liss-Riordan_____
                                  Shannon Liss-Riordan, BBO #640716
                                  Hillary Schwab, admitted *pro hac vice*
                                  PYLE, ROME, LICHTEN, EHRENBERG
                                      & LISS-RIORDAN, P.C.
                                  18 Tremont Street, 5th Floor
                                  Boston, MA 02108
Dated:  November 16, 2006         (617) 367-7200

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 16, 2006, a copy of this document was served by electronic filing on Howard I. Wilgoren, 6 Beacon Street, Suite 700, Boston, MA 02108, counsel for the defendant.

                                                __s/Shannon Liss-Riordan_____
                                                Shannon Liss-Riordan, Esq.