UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA COSGROVE, <br>           Plaintiff, <br><br> v. <br><br> NEW SEABURY RESOURCES <br>    MANAGEMENT, INC., <br><br>           Defendant. | ) <br> ) <br> ) <br> ) <br> )     Civil Action No. <br> )     1:05-cv-10791-GAO <br> ) <br> ) |

## NOTICE OF WITHDRAWAL

Please enter the withdrawal of appearance of Rebecca G. Pontikes as counsel for Plaintiff in the above referenced matter. Shannon Liss-Riordan and Hillary Schwab will continue to represent the Plaintiff in this case.

Respectfully submitted,

PATRICIA COSGROVE,
By her attorneys,

   s/Rebecca G. Pontikes
Shannon Liss-Riordan, BBO #640716
Hillary Schwab, admitted *pro hac vice*
Rebecca G. Pontikes, BBO #637157
PYLE, ROME, LICHTEN, EHRENBERG
   & LISS-RIORDAN, P.C.
18 Tremont Street, 5th Floor
Boston, MA 02108
Dated: November 16, 2006     (617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, I caused a copy of this document to be served by electronic filing on Howard I. Wilgoren, 6 Beacon Street, Suite 700, Boston, MA 02108, counsel for the defendant.

   s/Rebecca G. Pontikes
Rebecca G. Pontikes