UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * ******
PATRICIA COSGROVE                     *
                                      *
            Plaintiff                 *
                                      *
v.                                    *
                                      *       CIVIL ACTION NO.
                                      *       05-10791- GAO
                                      *
NEW SEABURY RESOURCES                 *
MANAGEMENT, INC.,                     *
                                      *
            Defendant                 *
                                      *
* * * * * * * * * * * * * * * * * * * * * * * ******
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Patricia Cosgrove and Defendant New Seabury Resources Management, Inc., hereby stipulate and agree to dismiss the above captioned lawsuit filed by plaintiff against defendant with prejudice, with each party to bear its own costs and attorneys' fees. All rights of appeal are hereby waived.

| s/Hillary Schwab | s/Howard I. Wilgoren |
|---|---|
| Shannon Liss-Riordan, BBO #640716 | Howard I. Wilgoren, Esq. (BBO 527840) |
| Hillary Schwab, BBO #(pending) | Law Offices of Howard I. Wilgoren |
| PYLE, ROME, LICHTEN, EHRENBERG, | 6 Beacon Street |
| AND LISS-RIORDAN, P.C. | Suite 700 |
| 18 Tremont Street, Suite 500 | Boston, MA 02108 |
| Boston, MA 02108 | (617) 523-5233 |
| (617) 367-7200 | |
| | Counsel for New Seabury Resources Management, Inc. |
| Counsel for Patricia Cosgrove | |

Dated: December 13, 2006