July 16, 2008

Paul Lyness, Courtroom Clerk
U. S. District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:  **Patricia Cosgrove vs. New Seabury Resources Management Inc.**
     **Civil Action No. 05 – CV – 10791 - GAO**

Dear Mr. Lyness:

In accordance with our telephone conversation today I am writing to authorize the destruction of document no. 25 together with the attached exhibits which were filed in the captioned matter.

Thank you for your attention to this matter..

Sincerely,


Howard I. Wilgoren